IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANYA AMIR EL** | : | MISCELLANEOUS |
| | : | |
| v. | : | |
| | : | |
| **18 DISTRICT, et al.** | : | NO. 02-MC-123 |

### MEMORANDUM ORDER

      Petitioner seeks a writ of mandamus against the Philadelphia Traffic Court and the 18th District of the Philadelphia Police Department directing them to expunge her fingerprints and pay her $10,000 for each day they fail to do so.

      It appears that petitioner was fingerprinted following her arrest on April 5, 2002 by officers assigned to the 18th District for driving without a license, registration or proof of insurance.  The officers insisted on proof of ownership of the vehicle petitioner was operating despite her advice to them that she "was a noble" who has no "state issued ID" but only "sovereign credentials."

      Petitioner suggests that state laws mandating licensing, registration or insurance requirements are an unconstitutional infringement of the right to travel.  The police in any event had no authority over petitioner as she "live[s] in [her] body, not in the City of Philadelphia or in the state of Pennsylvania."

      Petitioner "spoke [to] a CIA agent in Washington concerning these manners [sic] who assured [her] they [sic] would be an investigation if [she] am [sic] not compensated."  Be that

as it may, petitioner has presented no basis for the relief she requests from the court.

**ACCORDINGLY**, this ____ day of June, 2002, **IT IS HEREBY ORDERED** said petitioner's petition for a writ of mandamus is **DENIED** and this action is **DISMISSED**.

**BY THE COURT:**

_____
**JAY C. WALDMAN, J.**